## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**FILED**

*Feb 21, 2012*

FEB 2 ℓ 2012

**THOMAS G BRUTON**
**CLERK, U.S. DISTRICT COURT**

ESTWING MANUFACTURING )
COMPANY, INC., )
    a Delaware corporation, )
                           )
        Plaintiff, )
                           )
        v. )    Civil Action No. 1:11-cv-02139
                           )
CTT TOOLS, INC. )    *Judge Shadur*
    a California corporation, )
                           )
        Defendant. )

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff Estwing Manufacturing Company, Inc. and Defendant CTT Tools, Inc. have reached a settlement in this matter. Having settled this action, the parties, by and through their respective counsel undersigned, hereby jointly move the Court to enter a Consent Judgment in this matter reflecting the parties' resolution of the disputes between them. The form of Consent Judgment that the parties request the Court to enter is attached hereto as Exhibit "A."

1

Dated:  February 21, 2012

Respectfully submitted,

By: _____
Richard W. Young
Nicole M. Murray
John E. Conour
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654
Telephone:  312-715-5260
Facsimile:  312-632-1756
Email:  richard.young@quarles.com
Email:  nicole.murray@quarles.com
Email:  john.conour@quarles.com


Attorneys for Estwing Manufacturing Company,
Inc.

Respectfully submitted,

By: _____
R. Terry Parker

DUANE MORRIS LLP
Richard T. Ruzich
Elese Hanson
190 South LaSalle Street, Suite No. 3700
Chicago, Illinois 60603
Telephone No. (312) 499-6783
Facsimile No. (312) 896-5652

-and-

Gregory P. Gulia (admitted Pro Hac Vice)
Vanessa C. Hew (admitted Pro Hac Vice)
R. Terry Parker (admitted Pro Hac Vice)
1540 Broadway
New York, NY 10036
Telephone No. (212) 692-1000
Facsimile No. (212) 692-1020


Attorneys for CTT Tools, Inc.

2

# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ESTWING MANUFACTURING )
COMPANY, INC., )
    a Delaware corporation, )
     )
       Plaintiff, )
     )
       v. )    Civil Action No. 1:11-cv-02139
     )
CTT TOOLS, INC. )
    a California corporation, )
     )
       Defendant. )

## CONSENT JUDGMENT

Estwing Manufacturing Company, Inc.'s ("Estwing") Verified Complaint in this action was filed on March 29, 2011 against CTT Tools, Inc. ("CTT") for trademark infringement under the Lanham Act. Estwing and CTT ("the Parties") have agreed to resolve all claims between them in the manner set forth below.

It is therefore ORDERED, ADJUDGED AND DECREED:

1.     Estwing is a Delaware Corporation with its principal place of business at 2647 Eighth Street, Rockford, Illinois 61109.

2.     Defendant CTT is a California corporation with its principal place of business at 10052 Garvey Avenue, El Monte, California 91733.

3.     This Court has subject matter jurisdiction over the cause of action asserted in the Verified Complaint and personal jurisdiction over the Parties.

4.     Estwing is the owner of United States Trademark Registration No. 2,386,716 (the "Trademark") for the color blue as applied to the handle portion of hammers, hatchets, axes, and rock picks ("Covered Tools"). Registration No. 2,386,716 was legally issued and is valid and subsisting.

5.     CTT, CTT's general manager, John Tsai, and CTT's sales and purchasing manager, Peter Chu, and all CTT's agents, officers, employees, representatives, successors, assigns and all other persons acting for, with, by, through or under authority from CTT, or in

3

concert or participation with CTT, are hereby permanently enjoined and restrained from manufacturing, importing, advertising, selling, distributing and displaying any Covered Tool bearing a blue handle, and from taking any other action likely to create the belief that CTT's goods emanate from, or are licensed, sponsored, authorized or approved by, or are in some other way associated with Estwing.

6.    CTT shall have ten (10) days from the entry of the Consent Judgment to sell all existing inventory of the Covered Tools with blue handles. It is noted that CTT has not purchased for resale any Covered Tools with blue handles since May 1, 2011. Within ten (10) days of entry of this Consent Judgment, CTT shall destroy all Covered Tools within its possession, custody, or control bearing a blue handle, if any. Immediately thereafter, CTT shall tender to counsel for Estwing a sworn Affidavit attesting to this destruction. This Affidavit shall describe in detail: (a) all item numbers for the hand tools destroyed; (b) approximately how many hand tools were destroyed; (c) when the hand tools were destroyed; and (d) how the hand tools were destroyed.

7.    CTT warrants that it has no cards, labels, catalogs, signs, prints, packages, wrappers, receptacles, advertisements, or other materials in the possession, custody, or control of CTT that depict the Covered Tools with blue handles. CTT shall tender a sworn Affidavit attesting to CTT's full and complete compliance with this paragraph.

8.    A violation of this Judgment is defined as CTT's sale of any Covered Tool with a blue handle more than ten (10) days after the entry of this Consent Judgment, or failure to provide the assurances described in paragraphs 6, 7 and 8 herein. In the event of any violation of this Consent Judgment: (a) CTT acknowledges that Estwing will not have an adequate remedy at law and that Estwing will be entitled to immediate injunctive relief, in addition to whatever other remedies it may have, in any court of competent jurisdiction against any acts of non-compliance with this Consent Judgment; (b) CTT will pay to Estwing liquidated damages in the amount of $1,000 per violation; (c) CTT will reimburse Estwing for all of Estwing's attorneys' fees, expenses and costs incurred in enforcing the Consent Judgment; and (d) CTT will comply with such other remedies as this Court may award to Estwing, including the payment of monetary awards. Estwing will reimburse CTT for its attorney fees, expenses and costs in opposing such enforcement efforts if CTT prevails and the Court finds no violation of this Judgment.

4

9.    This Consent Judgment will be binding on all subsidiaries, related companies, officers, directors, agents, employees, representatives, successors and assigns of the parties.

10.    No appeal will be taken from this Consent Judgment.

11.    This Court will retain jurisdiction of this action to the extent necessary to ensure full compliance with all obligations imposed by this Consent Judgment.

12.    All claims and counterclaims are dismissed with prejudice.

APPROVED AND CONSENTED TO BY:

ESTWING MANUFACTURING CO., INC.          CTT TOOLS, INC.

By: _____          By: _John J.L. Tu___

Date: _February 17, 2012_          Date: _Feb 17, 2012_

Richard W. Young          CTT Tools, Inc.
Nicole M. Murray          10052 Garvey Avenue
John E. Conour          El Monte, California 91733
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654-3422

SO ORDERED:

Dated: _____          _____
                                         Hon. Milton I. Shadur
                                         United States District Judge

QB\15910686.1

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 21st, 2012, I served the foregoing JOINT MOTION

FOR ENTRY OF CONSENT JUDGMENT upon the following via electronic mail:

Richard T. Ruzich
DUANE MORRIS LLP
190 South LaSalle Street, Suite No. 3700
Chicago, Illinois 60603
rtruzich@duanemorris.com

QB\15916845.1